UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-2481

ESSIE JEANETTE DELANEY MANNS,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Secretary of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-99-685)

Submitted: February 8, 2001    Decided: February 13, 2001

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Essie Jeanette Delaney Manns, Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Essie Jeanette Delaney Manns appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Manns v. West, No. CA-99-685 (W.D. Va. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED